**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Scott D. Tobias                                              CHAPTER 13
       Samantha J. Tobias
               Debtor(s)                              BKY. NO. 25-23323 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ *Denise Carlon*
                              Denise Carlon
                              29 Dec 2025, 14:43:00, EST

Denise Carlon, Esq. (317226)    ☑
Matthew Fissel, Esq. (314567)   ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com