Certificate Number: 20611-PAW-DE-040704354

Bankruptcy Case Number: 25-23323



20611-PAW-DE-040704354

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 7, 2026, at 5:41 o'clock PM EST, Samantha J Tobias completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   March 7, 2026                          By:      /s/Kathleen B Mills

                                               Name:   Kathleen B Mills

                                               Title:   TEN Financial Educator