Certificate Number: 20611-PAW-DE-040704351

Bankruptcy Case Number: 25-23323



20611-PAW-DE-040704351

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 7, 2026, at 8:22 o'clock AM EST, Scott D Tobias completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   March 7, 2026                     By:      /s/Kathleen B Mills

                                          Name:   Kathleen B Mills

                                          Title:   TEN Financial Educator