Certificate Number: 20611-PAW-DE-040857996

Bankruptcy Case Number: 25-23323



20611-PAW-DE-040857996

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 14, 2026, at 4:35 o'clock AM EDT, Samantha J Tobias completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   April 14, 2026                    By:     /s/Kathleen B Mills

Name:  Kathleen B Mills

Title:   TEN Financial Educator